# United States District Court
## Southern District of Georgia
### Brunswick Division



FILED
U.S. DIST COURT
BRUNSWICK DIV.

2005 DEC 27   A 10:08

CLERK _____
       OF GA.

Benjamin T. Cathey
_____
Plaintiff

v.

William T. Sweeney, et al.
_____
Defendant

Case No.  CV-205-202

Appearing on behalf of

William T. Sweeney and Plumbers & Pipefitters National Pension Fund
_____
(~~Plaintiff~~/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  27th  day of  Dec. , 2005 .

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:**   R. Richard Hopp

**Business Address:**   O'Donoghue & O'Donoghue LLP
                        Firm/Business Name
                        4748 Wisconsin Avenue, NW
                        Street Address

                        Washington    DC    20016
Street Address (con't)    City      State   Zip

Mailing Address (if other than street address)

Address Line 2           City, State, Zip
(202) 362-0041
Telephone Number (w/ area code)   Georgia Bar Number