IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BENJAMIN T. CATHEY,

    Plaintiff,

vs.

WILLIAM T. SWEENEY, as Administrator for the Board of Trustees of the PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, and the PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,

    Defendants.

CIVIL ACTION NO.: CV205-202

## ORDER

Plaintiff filed a "Motion to Compel, to Extend the Deadline for Discovery, and for a Protective Order." Plaintiff also prays for an award of attorney's fees. Defendants have filed a response, and they also request an award of attorney's fees. The Court has been advised that the issues raised in Plaintiff's Motion have been resolved. Accordingly, the Motion to Compel, Extend the Deadline for Discovery, and for a Protective Order is **dismissed**.

The requests for an award of attorney's fees sought by the parties are **DENIED**.

**SO ORDERED**, this 23 day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)