AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BENHAMIN T. CATHEY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-202

WILLIAM T. SWEENEY, as
Administrator for the Board of
Trustees of the PLUMBERS
AND PIPEFITTERS NATIONAL
PENSION FUND, and the PLUMBERS
AND PIPEFITTERS NATIONAL PENSION FUND,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated January 25, 2007, granting Defendants' Motion for Summary Judgement; judgement is hereby entered granting Defendants William T. Sweeney, as Administrator for the Board of Trustees of the Plumbers and Pipefitters National Pension Fund, et al, and Benjamin T. Cathey motion for Summary Judgement and this case stands dismissed.

| | |
|---|---|
| 1/29/2007 | Scott L. Poff |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03